# EXHIBIT A-1

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35546-CV

BRAVO, INDIVIDUALLY AS WRONGFUL DEA      ATTORNEY:
LUEVANOS, INDIVIDUALLY AS WRONG DEA      ATTORNEY:
SILGUERO, INDIVIDUALLY AS WRONGFUL       ATTORNEY:
ELROD, INDIVIDUALLY AS WRONGFUL DEA      ATTORNEY:
LUEVANOS, INDIVIDUALLY AS WRONG DEA      ATTORNEY:
LUEVANOS, INDIVIDUALLY AS WRONG DEA      ATTORNEY:
LUGO, INDIVIDUALLY AS WRONGFUL DEAT      ATTORNEY:
GARCIA, INDIVIDUALLY AS WRONGFUL DE      ATTORNEY:
RODRIGUEZ, INDIVIDUALLY AS WRONG DE      ATTORNEY:
ORTA, INDIVIDUALLY AS WRONGFUL DEAT      ATTORNEY:
RENFRO, INDIVIDUALLY AS WRONGFUL DE      ATTORNEY:
BALMER, AS REPRESENTATIVE OF THE ES      ATTORNEY:
TORRES, INDIVIDUALLY AS WRONGFUL DE      ATTORNEY:
MARTINEZ, INDIVIDUALLY AS NEXT FRIE      ATTORNEY:
CHAVEZ, INDIVIDUALLY AND AS NEXT FR      ATTORNEY:
SALAZAR, INDIVIDUALLY AS WRONG DEAT      ATTORNEY:
ALEJANDRO, INDIVIDUALLY AS WRONGFUL      ATTORNEY:

--VS.--

DANIEL DEFENSE, LLC                      ATTORNEY:
DANIEL DEFENSE HOLDINGS, LLC             ATTORNEY:
M.C. DANIEL GROUP, INC.                  ATTORNEY:
FIREQUEST INTERNATIONAL, INC.            ATTORNEY:
FLASH CO., INC.                          ATTORNEY:
EOTECH, LLC                              ATTORNEY:
PROJECT ECHO HOLDINGS, LLC D/B/A AM      ATTORNEY:
KOUCAR MANAGEMENT, LLC                   ATTORNEY:
OASIS OUTBACK, LLC                       ATTORNEY:

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

| DATE | NATURE OF PROCEEDINGS REMARKS | AMOUNT | USER |
|------|-------------------------------|--------|------|
| 05/24/2024 | ORIGINAL PETITION CIVIL<br>PET-PETITION FILING CODE CHOSEN, PLAINTIFFS??? ORIGINAL PETITION | $350.00 | LPEREZ |
| 05/24/2024 | JURY FEE | $10.00 | LPEREZ |
| 05/24/2024 | RECEIPT ISSUED<br>213437 | $360.00 | LPEREZ |
| 05/29/2024 | ISSUE CITATION | $8.00 | KSENDEJO |
| 05/29/2024 | ISSUE CITATION-SECRETARY OF STATE | $128.00 | KSENDEJO |
| 05/29/2024 | REQUEST<br>CIVIL PROCESS REQUEST | $0.00 | KSENDEJO |
| 05/29/2024 | RECEIPT ISSUED<br>213469 | $136.00 | KSENDEJO |
| 05/30/2024 | CITATION ISSUED<br>CITATION ISSUED ON DANIEL DEFENSE, LLC FORWARDING TO DANIEL DEFENSE, LLC | $0.00 | KSENDEJO |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35546-CV

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

| DATE | NATURE OF PROCEEDINGS REMARKS | AMOUNT | USER |
|------|-------------------------------|--------|------|
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON DANIEL DEFENSE, LLC BY SERVING MARIVN DANIEL | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON DANIEL DEFENSE, LLC BY SERVING ADVANCED CORPORATE AGENT \ | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON DANIEL DEFENSE HOLDINGS. LLC ON C/O DANIEL DEFENSE | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED M.C. DANIEL GROUP INC. BY SERVING M.C. DANIEL GROUP, INC. | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITAITON ISSUED ON M.C. DANIEL GROUP, INC BY SERVING AGENT MARVI DANIEL | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON FIREQUEST INTERNATIONAL, INC | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON FIREQUEST INTERNATIONAL, INC. BY SERVING AGENT LISA MCCUISTION | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON FLASH CO INC.. | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITAION ISSUED ON FLASH CO. INC BY SERVING VINCENT TRONCOSO | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON EOTECH LLC | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON EOTECH LLC BY SERVING AGENT JOSEPH CARADONA | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON PROJECT ECHO HOLDINGS LLC D/B/A AMERICAN HOLOPTICS | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON PROJECT ECHO HOLDINGS, LLC D/B/A AMERICAN HOLOPTICS BY SERVINF AGENT JOSEPH CARDONNA | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON KOUCAR MANAGEMENT LLC | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** CITATION ISSUED ON KOUCAR MANAGEMENT LLC BY SERVING AGENT JOSEPH CARADONNA | $0.00 | **KSENDEJO** |
| 05/30/2024 | **CITATION ISSUED** | $0.00 | **KSENDEJO** |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35546-CV

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

| DATE | NATURE OF PROCEEDINGS REMARKS | AMOUNT | USER |
|------|------------------------------|--------|------|
| | CITAION ISSUED ON KOUCAR MANAGEMENT | | |
| 05/30/2024 | **CITATION ISSUED** CITAION ISSUED ON OASIS OUTBACK | $0.00 | KSENDEJO |
| 06/04/2024 | **CITATION ISSUED** (EMAIL)CITATION REISSUANCE OF CITATION ON DANIEL DEFENSE HOLDING LLC | $0.00 | KGARZA |
| 06/05/2024 | **NO FEE DOCUMENTS** OASIS OUTBACK, LLC AFFIDAVIT OF ATTEMPTED SERVICE | $0.00 | KSENDEJO |
| 06/05/2024 | **ISSUE CITATION-SECRETARY OF STATE** | $16.00 | KGARZA |
| 06/05/2024 | **REQUEST** CIVIL PROCESS REQUEST | $0.00 | KGARZA |
| 06/05/2024 | **RECEIPT ISSUED** 213549 | $16.00 | KGARZA |
| 06/06/2024 | **CITATION ISSUED** CITATION ISSUED OASIS OUTBACK, LLC BY SERVING THE TEXAS SECRETARY OF STATE WILLIAM R KLEIN | $0.00 | KGARZA |
| 06/06/2024 | **CITATION ISSUED** CITATION ISSUED ON OASIS OUTBACK LLC BY SERVING THE TEXAS SECRETARY OF STATE AND FOWARDING TO OASISBACK, LLC | $0.00 | KGARZA |
| 06/10/2024 | **NO FEE DOCUMENTS** CITATION M.C. DANIEL GROUP, INC. (MARVIN DANIEL) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | **NO FEE DOCUMENTS** CITATION M.C. DANIEL GROUP, INC.(MC DANIEL GROUP) RETURN OF SERVICE. | $0.00 | KGARZA |
| 06/10/2024 | **NO FEE DOCUMENTS** CITATION DANIEL DEFENSE HOLDINGS, LLC RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | **NO FEE DOCUMENTS** CITATION DANIEL DEFENSE LLC (ADVANCED CORPORATE) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | **NO FEE DOCUMENTS** CITATION DANIEL DEFENSE LLC (MARIVN DANIEL) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | **NO FEE DOCUMENTS** CITATION DANIEL DEFENSE LLC (DANIEL DEFENSE) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | **NO FEE DOCUMENTS** CITATION KOUCAR MANAGEMENT LLC (JOSEPH CARADONNA) RETURN OF SERVICE | $0.00 | KGARZA |

UVALDE COUNTY CIVIL CASE SUMMARY - PLEADINGS ONLY
CAUSE # 2024-05-35546-CV

CAUSE OF ACTION: INJURY OR DAMAGE OTHER THAN MOTOR VEH
FILE DATE: 05/24/2024

| DATE | NATURE OF PROCEEDINGS<br>REMARKS | AMOUNT | USER |
|------|----------------------------------|--------|------|
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION KOUCAR MANAGEMENT LLC RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION PROJECT ECHO HOLDINGS LLC (JOSEPH CARADONNA) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION PROJECT ECHO HOLDINGS LLC (PROJECT ECHO HOLDINGS LLC) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION EOTECH LLC (JAMES CARADONNA) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION EOTECH LLC (EOTECH LLC) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION FLASH CO., INC (VINCENT TRONCOSO) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION FLASH CO., INC (FLASH CO) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION FIREQUEST INTERNATIONAL, INC. (LISA MCCUISTION) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/10/2024 | NO FEE DOCUMENTS<br>CITATION FIREQUEST INTERNATIONAL, INC. (FIREQUEST INTERNATIONAL, INC) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/11/2024 | NO FEE DOCUMENTS<br>CITATION DANIEL DEFENSE HOLDINGS LLC (ADVANCED CORPORATE AGENT SERVICES) RETURN OF SERVICE | $0.00 | KSENDEJO |
| 06/12/2024 | NO FEE DOCUMENTS<br>CITATION OASIS OUTBACK, LLC (OASIS OUTBACK LLC) RETURN OF SERVICE | $0.00 | KGARZA |
| 06/12/2024 | NO FEE DOCUMENTS<br>CITATION OASIS OUTBACK LLC (WM KLEIN) RETURN OF SERVICE | $0.00 | KGARZA |

TOTAL PLEADINGS LISTED: 51